BURWELL ET AL., APPELLANTS, *v.* AMERICAN EDWARDS LABORATORIES, DIVISION OF AMERICAN HOSPITAL SUPPLY CORPORATION, ET AL., APPELLEES.

[Cite as Burwell *v.* American Edwards Laboratories, Div. of American Hosp. Supply Corp. (1990), 54 Ohio St. 3d 603.]

(No. 89-770 — Submitted September 18, 1990 — Decided October 17, 1990.)

*Hamilton, Kramer, Myers & Cheek, James R. Gallagher* and *William L. Geary,* for appellants.

*Thompson, Hine & Flory, William H. Wallace, William R. Case* and *Judith A. Northrup,* for appellees.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

---

AUTO OWNERS INSURANCE COMPANY, APPELLEE, *v.* KING, INDIVIDUALLY AND D.B.A. CAR COMPANY, APPELLANT, ET AL.

[Cite as Auto Owners Ins. Co. v. King (1990), 54 Ohio St. 3d 603.]

(No. 89-2093 — Submitted September 19, 1990 — Decided October 17, 1990.)

*Schell & Schaefer* and *Thomas T. Schell,* for appellee.

*Hirsch & Osnowitz* and *Gordon H. Hirsch; Wittenberg & Phillips* and *Jerome Phillips,* for appellant.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.